# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DALE MILLER

VERSUS

COL. NICK SANDERS; AND STATE
OF LOUISIANA THROUGH
LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS, LOUISIANA STATE
PENITENTIARY

NO.   2023 CW 1159

**JANUARY 18, 2024**

---

In Re:   Dale Miller, applying for supervisory writs, 20th
         Judicial District Court, Parish of West Feliciana, No.
         23832.

---

**BEFORE:   GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT DENIED.**  Once a judgment containing proper decretal language is rendered, the ruling dismissing plaintiff's action will constitute a final and appealable judgment.  In order for a judgment to be a final and appealable one, it must be precise, definite, and certain.  It must also contain decretal language, and it must name the party in favor of whom the ruling is ordered, the party against whom the ruling is ordered, and the relief that is expressly granted or denied without reference to other documents in the record. **Advanced Leveling & Concrete Solutions v. Lathan Company, Inc.**, 2017-1250 (La. App. 1st Cir. 12/20/18), 268 So.3d 1044, 1046 (en banc).  Once a judgment with appropriate decretal language is issued by the district court, it will represent a final, appealable judgment, and the plaintiff, Dale Miller, will be entitled to file a motion for an appeal therefrom in accordance with applicable law.

JMG
WRC
WIL

COURT OF APPEAL, FIRST CIRCUIT

_a.Sₒ₀_____

DEPUTY CLERK OF COURT
    FOR THE COURT